In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-370 CV


____________________



GEORGE THOMAS, Appellant



V.



U.S. BANK NATIONAL ASSOCIATION, f/k/a FIRST BANK 


NATIONAL ASSOCIATION TRUST, acting solely in its capacity as


Trustee for EQCC HOME EQUITY LOAN TRUST 1999-3, Appellees






On Appeal from the County Court at Law


Polk County, Texas


Trial Cause No. CV02157






 MEMORANDUM OPINION 


 On January 5, 2006, we notified the parties that the appeal would be dismissed for
want of prosecution unless arrangements were made for filing the record or the appellant
explained why he needed time for filing the record. Appellant received additional
extensions of time to file the record and pay the filing fee, but failed to comply by the
April 20, 2006, final extension deadline. The appellant is not entitled to proceed without
payment of costs. Tex. R. App. P. 20.1. The filing fee not having been paid, and there
being no satisfactory explanation for the failure to file the record, the appeal is dismissed
for want of prosecution. Tex. R. App. P. 37.3(b). Costs are assessed against appellant.

 APPEAL DISMISSED.


 ____________________________

 DAVID GAULTNEY

 Justice



Opinion Delivered May 4, 2006 

Before McKeithen, C.J., Gaultney and Horton, JJ.